25-03

FILED20 MAY 1 SENGDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA** — **3:26-cr-** 00166-SI

**v.** — **INDICTMENT**

**CLAUDIA SUSANA VARGAS-ROSAS,** — **8 U.S.C. § 1326(a)**

**Defendant.**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Illegal Reentry)**
**8 U.S.C. § 1326(a)**

On or about April 20, 2026, in the District of Oregon, the defendant, **CLAUDIA SUSANA VARGAS-ROSAS**, an alien, was found in the United States having previously been denied admission, excluded, deported, and removed from the United States on June 24, 2018, and, not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States;

In violation of Title 8, United States Code, Section 1326(a).

Dated: May 19, 2026.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

ANDREW KARTCHNER, OSB #135784
Assistant United States Attorney