Tihanne K. Mar-Shall, OSB #224504
Assistant Federal Public Defender
Email: Tihanne_Mar-Shall@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDIA SUSANA VARGAS-ROSAS,<br><br>Defendant. | Case No. 3:26-cr-00166-SI-1<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Defendant, Claudia Susana Vargas-Rosas, through her counsel Tihanne K. Mar-Shall, respectfully submits this Memorandum for the Court's review and consideration in determining a reasonable sentence that is "sufficient, but not greater than necessary," as required by 18 U.S.C. § 3553(a). Both a sentencing hearing and a change of plea hearing are currently scheduled for September 2, 2026. Ms. Vargas-Rosas will plead guilty to Illegal Re-entry in violation of Title 8, U.S.C. §1326(a). At sentencing, Ms. Vargas-Rosas will have approximately 4 months and 11 days in pretrial detention. She will also spend an undetermined amount of time in ICE custody

following sentencing. Ms. Vargas-Rosas is respectfully asking this Court to sentence her to time-served.

Dated: August 26, 2026.

*s/ Tihanne K. Mar-Shall*
Tihanne K. Mar-Shall, OSB #224504